UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-22257-UNGARO/O'SULLIVAN

VSB 305, LLC,

a Florida Limited Liability Company;

and JOHANNA SEGURA, an

individual,

      Plaintiffs,

v..

SKY GROUP USA, LLC., a

Florida Limited Liability Company;

and EFRAIN BETANCOURT an

individual,

      Defendants.

_____/

### FIRST JOINT STATUS REPORT

Plaintiffs, VSB 305, LLC, and JOHANNA SEGURA by and through its undersigned counsel and Defendants SKY GROUP USA, LLC and EFRAIN BETANCOURT, by and through its undersigned counsel, hereby file this joint status report as required by the Court's July 13, 2020 Order (Doc. No. 16) as to the current status of Arbitration between the Parties.

### Status Of Arbitration

1. On September 10, 2020, Plaintiff filed a demand for commercial arbitration and statement of claim with the American Arbitration Association. The American Arbitration Association provide the Plaintiff with case number 01-20-0014-8171.

2. The demand for commercial arbitration and statement of claim were served on Defendant's counsel via email.

    3.     No further action has occurred on the pending arbitration at this early stage.

    4.     The Parties will continue to update the Court as to the status of the pending arbitration every 60-days as required by this Court's July 13, 2020 order.

Date:   September 11, 2020

Respectfully submitted,

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.** | **VAZQUEZ & ASSOCIATES** |
| /s/David A. Coulson | /s/Steven Herzberg |
| By: **David A. Coulson** | By: **Steven Herzberg** |
| Florida Bar No. 176222 | Florida Bar No. 111541 |
| Email:  coulsond@gtlaw.com | Email: sh@gvazquez.com |
| cruzm@gtlaw.com | 1111 Brickell Avenue, Suite 1550 |
| flservice@gtlaw.com | Miami, Florida 33131 |
| **James E. Gillenwater** | *Counsel for Plaintiffs* |
| Florida Bar No. 1013518 | |
| Email:  gillenwater@gtlaw.com | |
| collazoe@gtlaw.com | |
| flaservice@gtlaw.com | |
| **Stephanie Peral** | |
| Florida Bar No. 119324 | |
| perals@gtlaw.com | |
| collazoe@gtlaw.com | |
| flaservice@gtlaw.com | |
| 333 SE 2nd Avenue | |
| Miami, FL 33131 | |
| (305) 579-0500 – telephone | |
| (305) 579-0717 – facsimile | |
| *Counsel for Defendants* | |