| | |
|---|---|
| **From:** | perals@gtlaw.com |
| **To:** | FLSDdb_efile Ruiz |
| **Cc:** | CoulsonD@gtlaw.com; GillenwaterJ@gtlaw.com |
| **Subject:** | VSB 305, LLC et al. v. Sky Group USA, LLC et al. - CASE NO. 1:20-CV-22257 |
| **Date:** | Friday, August 27, 2021 8:28:09 PM |
| **Attachments:** | image001.png |
| | Greenberg Traurig P.A."s Notice of Compliance.pdf |

**CAUTION - EXTERNAL:**

Your Honor,

In accordance with the Court's Order Granting Motion to Withdraw David A. Coulson, James E. Gillenwater, Stephanie Peral, and Greenberg Traurig, P.A. as Counsel for Defendants [D.E. 28] (the "Order"), Greenberg Traurig, P.A. certifies that it has sent a copy of the Order to both Defendants' last known addresses. Attached please find our notice of compliance.

Best,

Stephanie

**Stephanie Peral**
Associate
(*pronouns: she/her/hers*)

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Miami, FL 33131
T +1 305.579.0860  |  F +1 305.961.5535
perals@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-22257

VSB 305, LLC, a Florida Limited Liability
Company; and JOHANNA SEGURA, an
individual,

       Plaintiffs,

vs.

SKY GROUP USA, LLC., Florida Limited
Liability Company; and EFRAIN
BETANCOURT an individual,

       Defendants.                           /

### NOTICE OF COMPLIANCE WITH COURT'S ORDER GRANTING MOTION TO WITHDRAW DAVID A. COULSON, JAMES E. GILLENWATER, STEPHANIE PERAL, AND GREENBERG TRAURIG, P.A. AS COUNSEL FOR DEFENDANTS

In accordance with the Court's Order Granting Motion to Withdraw David A. Coulson, James E. Gillenwater, Stephanie Peral, and Greenberg Traurig, P.A. as Counsel for Defendants [D.E. 28] (the "Order"), undersigned counsel certifies that it has sent a copy of the Order to both Defendants' last known addresses.

Dated: August 27, 2021

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 SE 2nd Avenue
Miami, FL  33131
Telephone:  (305) 579-0500
Facsimile:   (305) 579-0717

*/s/ Stephanie Peral*
**DAVID A. COULSON**
*Florida Bar No. 176222*
coulsond@gtlaw.com
cruzm@gtlaw.com
flservice@gtlaw.com
**JAMES E. GILLENWATER**
*Florida Bar No. 1013518*
gillenwaterj@gtlaw.com

1

collazoe@gtlaw.com
flservice@gtlaw.com
**STEPHANIE PERAL**
*Florida Bar No. 119324*
perals@gtlaw.com
collazoe@gtlaw.com
flservice@gtlaw.com
